UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VEENA V. OZA, | Case No. 1:19-cv-05716 |
| Plaintiff, | |
| v. | Honorable Matthew F. Kennelly |
| AMERICAN HONDA FINANCE CORPORATION; SPECIALIZED LOAN SERVICES; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC, | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT TRANSUNION'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**NOW COMES** Veena V. Oza ("Plaintiff"), by and through her counsel, Sulaiman Law Group, Ltd., moving this Honorable Court to extend time for Plaintiff to file her response to Defendant Transunion, LLC's ("Transunion") Motion for Judgment on the Pleadings, and in support thereof, states as follows:

1. On October 25, 2019, Transunion filed a Motion for Judgment on the Pleadings of Plaintiff's claims ("Transunion's Motion"). [Dkt. 39].

2. Specifically, Transunion's Motion seeks dismissal of Plaintiff's claims for violations of the Fair Credit Reporting Act. *Id.*

3. On October 24, 2019, this Court set a briefing schedule on Transunion's Motion. [Dkt. 38].

4. The Order entered by this Court set November 20, 2019, as the deadline for Plaintiff to file her response to Transunion's Motion and set December 4, 2019 for the deadline for Transunion to file its reply.

1

5. Plaintiff is seeking a 14 day extension up to and including December 4, 2019 to submit her response to Transunion's motion and December 18, 2019 for Transunion's reply.

6. Plaintiff also seeks a continuation of the December 12, 2019 status hearing so the parties can fully brief their respective motions.

7. Plaintiff does not make this motion for purposes of delay. Rather, Plaintiff requests this additional time because Transunion's motion includes unique claims and raises important legal issues, and additional time is needed to prepare Plaintiff's response.

8. Moreover, Plaintiff's attorney has unforeseen professional deadlines that would make it merely impossible to respond in the time allotted.

9. Counsel for Plaintiff conferred with Transunion's counsel about the instant motion and Transunion has no objection to the relief requested herein.

10. This is Plaintiff's first and final request for an extension of time to respond to Transunion's motion.

11. The extension of time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court extend the deadline to file her response to Transunion's Motion through December 4, 2019, extend Transunion's time to submit its reply through December 18, 2019, and to continue the status hearing currently scheduled for December 12, 2019.

Date: November 20, 2019    Respectfully submitted,

/s/ Marwan R. Daher
Marwan R. Daher, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Ste. 200
Lombard, IL 60137
Phone (630)537-1770
Fax: (630)575-8188

**CERTIFICATE OF SERVICE**

I, Marwan R. Daher, an attorney, certify that on November 20, 2019, I caused the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT TRANSUNION, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ Marwan R. Daher