# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VEENA V. OZA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION, SPECIALIZED LOAN SERVICES, EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No.: 1:19-cv-05716<br><br>Honorable Judge Matthew F. Kennelly |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Veena V. Oza, and Defendant, American Honda Finance Corporation, through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed without prejudice as to Defendant American Honda Finance Corporation with leave to reinstate within 60 days. After 60 days, the dismissal shall become with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: March 3, 2020                                    Respectfully Submitted,

**VEENA V. OZA**                                          **AMERICAN HONDA FINANCE CORPORATION**

*/s/ Marwan R. Daher*                                   */s/ Damon Newman (with consent)*
Marwan R. Daher                                          Damon Newman
*Counsel for Plaintiff*                                  *Counsel for American Honda Finance Corporation*
Sulaiman Law Group, Ltd.                                 Quintairos, Prieto, Wood & Boyer, P.A
2500 S. Highland Ave., Ste. 200                          233 S. Wacker Drive, 70th Floor
Lombard, Illinois 60148                                  Chicago, IL 60606
Phone: (630) 575-8181                                    Phone: (312) 566-0040
mdaher@sulaimanlaw.com                                   damon.newman@qpwblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher